IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DONALD CHARLES WILSON,

                    Plaintiff,                                       ORDER

      v.                                                           11-cv-725-bbc

GARY GAMBLIN, KAREN E. TIMBERLAKE,
THOMAS H. BOWD, DAVID H. SCHWARZ,
MINDY SONNENTAG, ALFONSO J. GRAHAM,
DR. HUGH JOHNSTON, DR. ASHLEY THOMPSON,
DR. THOMAS J. MICHLOWSKI, DR. LORI ADAMS,
DR. JASON KOCINA, DR. ALEXANDER STOLARSKI,
DR. SEAN CARTER, DR. KEVIN MCSORLEY and
DR. CARLO GAANAN,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     Plaintiff Donald Wilson, a prisoner at the Wisconsin Resource Center in Winnebago, Wisconsin, has submitted a proposed complaint. He asks for leave to proceed in forma pauperis. Because plaintiff is a prisoner, he is subject to the 1996 Prisoner Litigation Reform Act. This means that before this court may decide whether he can proceed with his complaint in forma pauperis, plaintiff will have to make an initial partial payment of the filing fee. The initial partial payment is calculated by using the method established in 28

1

U.S.C. § 1915, that is, by figuring 20% of the greater of the average monthly balance or the average monthly deposits to the plaintiff's trust fund account statement. From the trust fund account statement that plaintiff has submitted, the greater of these two amounts is the average monthly balance, which is $57.72. Therefore, I calculate his initial partial payment to be $11.55. Also, he must pay the remainder of the fee in monthly installments even if his request for leave to proceed is denied.

If plaintiff does not have the money in his regular account to make the initial partial payment, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. This does not mean that plaintiff is free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount plaintiff must pay at this time is the $11.55 initial partial payment. Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials to insure that they are aware that they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff Donald Wilson is assessed $11.55 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made

payable to the clerk of court in the amount of $11.55 on or before November 14, 2011. If, by November 14, 2011, plaintiff fails to make the initial partial payment or show cause for his failure to do so, he will be held to have withdrawn this action voluntarily. In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

      Entered this 24th day of October, 2011.

                                    BY THE COURT:
                                    /s/
                                    BARBARA B. CRABB
                                    District Judge