IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD CHARLES WILSON,

                Plaintiff,                      ORDER

v.

                                        11-cv-725-bbc

DR. ASHLEY THOMPSON, *et al.*,

                Defendants.

---

DONALD CHARLES WILSON,

                                        ORDER

                Plaintiff,

v.                                          12-cv-114-bbc

DR. CARLO GAANAN,

                Defendant.

---

In these two cases, plaintiff Donald Charles Wilson has been allowed to proceed *in forma pauperis* on claims that defendants violated his Eighth Amendment rights by failing to adequately treat a thyroid condition and Alzheimer's disease. In an August 8, 2012 order, I granted plaintiff's motion for appointment of counsel and stayed these cases in order to locate counsel willing to represent plaintiff.

Now Andrew N. DeClercq and Earl H. Munson, members of the Wisconsin Bar, have agreed to represent plaintiff in both of these cases, with the understanding that they will serve with no guarantee of compensation for their services. It is this court's intention that the appointment of these attorneys to represent plaintiff extends to proceedings in this court only.[1]

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

Plaintiff should understand that because I am appointing counsel to represent him, he may not communicate directly with the court from this point forward. He must work directly with his lawyers and must permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Plaintiff does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by his lawyers even if he disagrees with some of them. In addition, plaintiff should understand that it is highly unlikely that this court would appoint another lawyer to represent him if he chooses not to work with these lawyers. The court will schedule a status conference in each case to reset the schedule.

ORDER

IT IS ORDERED that Andrew N. DeClercq and Earl H. Munson are appointed to represent plaintiff in both of these cases. Proceedings remain STAYED pending a status conference in each case, at which time a new schedule will be set for moving these cases to resolution.

Entered this 12th day of October, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge