IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD CHARLES WILSON,

    Plaintiff,

v.

GARY HAMBLIN, KAREN E. TIMBERLAKE,
THOMAS H. BOWD, DAVID H. SCHWARZ,
MINDY SONNENTAG, ALFONSO J. GRAHAM,
DR. HUGH JOHNSTON, DR. ASHLEY
THOMPSON, DR. THOMAS J. MICHLOWSKI,
DR. LORI ADAMS, DR. JASON KOCINA,
DR. ALEXANDER STOLARSKI, DR. SEAN
CARTER and DR. KEVIN MCSORLEY,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-725-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing Gary Hamblin, Karen E. Timberlake, Dr. Hugh Johnston, Dr. Sean Carter, Thomas H. Bowd, David H. Schwarz, Mindy Sonnentag and Alfonso J. Graham and Dr. Lori Adams without prejudice; and

    (2) granting Dr. Ashley Thompson, Dr. Thomas J. Michlowski, Dr. Jason Kocina, Dr. Alexander Stolarski and Dr. Kevin McSorley's motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

By: *[signature]* Deputy Clerk
Peter Oppeneer, Clerk of Court

4-29-13
Date